STEPHEN C KIMBALL (SBN 152537)
sck@job-law.com
MELISSA A. PETROFSKY (251806)
map@job-law.com
SESSIONS & KIMBALL, LLP
23456 Madera, Suite 170
Mission Vieo, CA 92691
Telephone: 949) 380-0900
Facsimile: ( 49) 380-8283

JS-6

Attorneys for Plaintiff
JANET LUDWIG

DANIEL HANDMAN (SBN 236345)
dhandman_@cdhklaw.corn
ROB FLEMER (SBN 228946)
rflemer@cdhklaw.corn
CURIAE HIRSCHFELD KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower –
Santa Monica CA 90404
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
INTERTEK TESTING SERVICES; NA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

JANET LUDWIG, an individual,

Plaintiff,

vs.

INTERTEK TESTING SERVICES, NA., INC., a New York corporation; and DOES 1 through 20, inclusive,

Defendants.

CASE NO.: SACV08-515 AG (ANx)

Assigned to Hon. Andrew J. Guildford

**ORDER TO DISMISS CLAIMS WITH PREJUDICE**

[Filed Concurrently with Joint Stipulation of Dismissal with Prejudice]

Complaint Filed: April 4, 2008
Trial Date: September 8, 2009

**ORDER**

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The instant action is hereby, dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated: June 19, 2009

**Hon. Andrew J. Guildford**
U.S. District Court